IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SCOTT DAMON RICHARDSON, | ) |
| Plaintiff, | ) |
| v. | ) |
| DARREN MARSACK, et al., | ) |
| Defendants. | ) Civil Action No. 3:17-CV-0343-C |

## ORDER

In the Findings, Conclusions and Recommendation filed March 22, 2017, the Magistrate Judge recommended that the Court find: (1) Plaintiff's claim that Officer Marsack verbally abused him should be dismissed with prejudice; and (2) Plaintiff's remaining claims should be dismissed without prejudice under the *Younger* abstention doctrine. Plaintiff filed a timely Objection to the Findings, Conclusions and Recommendation. However, the Objection failed to address the grounds discussed in Magistrate Judge's findings and conclusions. Rather, Plaintiff's Objection simply reiterated his claims. As such, Plaintiff's Objection is **OVERRULED**.

After reviewing the cogent Report and Recommendation for plain error, the Court finds that the findings and conclusions of the Magistrate Judge are correct and **ADOPTS** them as the findings and conclusions of the Court.

Accordingly, the Court finds that: (1) Plaintiff's claim that Officer Marsack verbally abused him should be **DISMISSED WITH PREJUDICE**; and (2) Plaintiff's remaining claims should be **DISMISSED WITHOUT PREJUDICE** under the *Younger* abstention doctrine. All pending motions filed by Plaintiff are **DENIED AS MOOT**.[1]

SO ORDERED this 21ˢᵗ day of July, 2017.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] While the case has been under preliminary review, Plaintiff filed: (1) [Plaintiff's] Combined Request for Clerk's Entry of Default and Motion for Default Judgment; and (2) Motion for Leave to Proceed In Forma Pauperis. Both motions are denied as moot upon the entry of this Order dismissing Plaintiff's claims.

2